# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Granada Foods Inc., A California Corporation | § § § § | Case No. 6:15-bk-21912-SC |
| Debtor | § § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TODD A. FREALY, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 237,516.00        Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00        Claims Discharged
                                              Without Payment: 0.00

Total Expenses of Administration: 3,374.78

---

3) Total gross receipts of $ 3,374.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,374.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 195,000.00 | $ 181,095.15 | $ 181,095.15 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,374.78 | 3,374.78 | 3,374.78 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 28,749.01 | 25,069.72 | 25,069.72 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 127,402.40 | 77,250.87 | 77,250.87 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 351,151.41 | $ 286,790.52 | $ 286,790.52 | $ 3,374.78 |

4) This case was originally filed under chapter 7 on 12/11/2015. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/28/2017    By:/s/TODD A. FREALY, TRUSTEE
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING ACCOUNT - WELLS FARGO - 7097 | 1129-000 | 82.51 |
| LIQUOR LICENSE DEPOSIT | 1129-000 | 3,292.27 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,374.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-1 | SBA (U.S. Small Business Administration) | 4210-000 | 195,000.00 | 155,041.98 | 155,041.98 | 0.00 |
| 1-3A | Department of the Treasury - Internal Revenue Service | 4300-000 | NA | 9,366.83 | 9,366.83 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9-1 | RIVERSIDE COUNTY TAX COLLECTOR | 4800-000 | NA | 16,686.34 | 16,686.34 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 195,000.00 | $ 181,095.15 | $ 181,095.15 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TODD FREALY | 2100-000 | NA | 470.33 | 470.33 | 470.33 |
| TODD FREALY | 2200-000 | NA | 108.97 | 108.97 | 108.97 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 4.22 | 4.22 | 4.22 |
| Union Bank | 2600-000 | NA | 165.00 | 165.00 | 165.00 |
| Franchise Tax Board | 2820-000 | NA | 1,626.26 | 1,626.26 | 1,626.26 |
| DONALD T. FIFE | 3991-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,374.78 | $ 3,374.78 | $ 3,374.78 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amelia Ramirez | | 2,782.74 | NA | NA | 0.00 |
| | Edwardo Requeno | | 60.75 | NA | NA | 0.00 |
| | Erenesto Eros | | 247.50 | NA | NA | 0.00 |
| | Esperanza San Juan | | 2,181.04 | NA | NA | 0.00 |
| | Eva Torres | | 7,934.56 | NA | NA | 0.00 |
| | Fernando Elenes | | 243.00 | NA | NA | 0.00 |
| | Guadalupe Moreno | | 318.25 | NA | NA | 0.00 |
| | Irma Anguiano | | 125.88 | NA | NA | 0.00 |
| | Karen Gonzalez | | 252.00 | NA | NA | 0.00 |
| | Martha Gonzalez | | 380.63 | NA | NA | 0.00 |
| | Rolando Rios | | 85.50 | NA | NA | 0.00 |
| | Teresa Quevedo | | 209.00 | NA | NA | 0.00 |
| 1-3B | Department of the Treasury - Internal Revenue Service | 5800-000 | 3,846.56 | 10,403.19 | 10,403.19 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4-1A | EMPLOYMENT DEVELOPMENT DEPARTMENT | 5800-000 | 5,622.60 | 5,903.95 | 5,903.95 | 0.00 |
| 5-1A | State Board of Equalization | 5800-000 | 4,459.00 | 8,762.58 | 8,762.58 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 28,749.01 | $ 25,069.72 | $ 25,069.72 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.R.M Solutions | | 172.00 | NA | NA | 0.00 |
| | Associated Accounting Corp | | 5,645.00 | NA | NA | 0.00 |
| | Cookie Billings Accounting Services | | 3,447.98 | NA | NA | 0.00 |
| | County of Riverside | | 3,702.62 | NA | NA | 0.00 |
| | Esperanza San Juan | | 3,000.00 | NA | NA | 0.00 |
| | Indio Water Authority | | 455.61 | NA | NA | 0.00 |
| | Luis Jimenez | | 30,000.00 | NA | NA | 0.00 |
| | Oscar E. Herrera Gonzalez | | 6,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Protection One Security | | 0.00 | NA | NA | 0.00 |
| | SoCal Gas | | 537.64 | NA | NA | 0.00 |
| | Technology Insurance Co | | 892.00 | NA | NA | 0.00 |
| | Tereesa Quevedo | | 1,500.00 | NA | NA | 0.00 |
| | Tigre Natural Gas | | 684.00 | NA | NA | 0.00 |
| | Verizon | | 588.36 | NA | NA | 0.00 |
| 8-1 | Imperial Irrigation District | 7100-000 | 6,663.85 | 10,737.38 | 10,737.38 | 0.00 |
| 6-1 | Wells Fargo Bank, N.A. | 7100-000 | 20,124.65 | 20,027.82 | 20,027.82 | 0.00 |
| 7-1 | Wells Fargo Bank, N.A. | 7100-000 | 43,488.69 | 43,067.63 | 43,067.63 | 0.00 |
| 1-3C | Department of the Treasury - Internal Revenue Service | 7300-000 | NA | 1,393.14 | 1,393.14 | 0.00 |
| 4-1B | EMPLOYMENT DEVELOPMENT DEPARTMENT | 7300-000 | NA | 1,043.65 | 1,043.65 | 0.00 |
| 5-1B | State Board of Equalization | 7300-000 | NA | 981.25 | 981.25 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 127,402.40 | $ 77,250.87 | $ 77,250.87 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-21912 | SC | Judge: | Scott C. Clarkson | Trustee Name: | TODD A. FREALY, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Granada Foods Inc., A California Corporation | | | | Date Filed (f) or Converted (c): | 12/11/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/14/2016 |
| For Period Ending: | 11/28/2017 | | | | Claims Bar Date: | 05/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT - WELLS FARGO -5900  Correspondence received from Wells Fargo advising that the combined balance of Debtor's two accounts was $82.51, which have been frozen. | 1,876.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT - WELLS FARGO -7097  Correspondence received from Wells Fargo advising that the combined balance of Debtor's two accounts was $82.51, which have been frozen.  Requested turnover of account funds from Wells Fargo. | 125.00 | 82.51 | | 82.51 | FA |
| 4. LIQUOR LICENSE DEPOSIT  HELD BY CAPITAL TRUST ESCROW 280 S. BEVERLY DR #300, BEVERLY HILLS, CA 90212 | 2,914.27 | 2,914.27 | | 3,292.27 | FA |
| 5. INVENTORY OR SUPPLIES - CANNED GOODS AND LIQUOR  Abandonment filed 2/15/17. | 1,500.00 | 0.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-21912 | SC | Judge: | Scott C. Clarkson | Trustee Name: | TODD A. FREALY, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | Granada Foods Inc., A California Corporation | | | | Date Filed (f) or Converted (c): | 12/11/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/14/2016 |
| For Period Ending: | 11/28/2017 | | | | Claims Bar Date: | 05/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 6. OFFICE FURNITURE, FIXTURES, AND EQUIPMENT<br><br>Exhaust Hood $38,000; Fryer $1300; Grill $1400; Walk in Freezer $13,000; Walk in Refrigerator $40,000; Slicer $1100; 2 Microwaves $200; Griddle $1400; Broiler $1100; Cheese Melter (Broiler) $1200; 10 Burner Stove + 2 Ovens $5200; 7 Work Tables $500; Pot Sink $1500; 2 s/s carts $350; 13 Walk in Refrigerator racks $450; 9 Storage racks $450; Kitchen Monitoried Fire System $12000; 6 Co2 Tanks $75; Stand Up Refrigerator $1450; Salad Prep Table $1450; Beer Refrigerator $1400; 2 Signs $5500; Outside Ice Maker #11000 $48,000; Pots and Pans $2250; Steam Table $1950; Stand Up Freezer $1450; 16 Camera Security System $9000; 21 Dinning Tables $155; 38 Dining Chairs $55; 12 Booths $1200; 12 Stereo/Speakers $4500; 2 Refrigerators $1500; Salad Buffet Display $1450; 8 Chaffers $85; 5 Patio Tables $125; 23 Patio Chairs $45; 10 Portable Tables $50; 32 Portable Chairs $30; Water fountain w/ pump $320; Mist system w/ pump $3200; Cabinets Wait Station $4500; Alarm System $8500; 4 Granie Counters $3875; 4 Office Chairs $175; 48" Portable Grill w/ stand $1350; #500 Hoskisake Ice Machine $4800; #500 Ice Bin $850; 3 Desks $600; and Misc equipment $5000.<br><br>UCC on equipment and fixtures by CDC Small Business Finance<br><br>Abandonment filed 2/15/17. | 234,040.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $240,555.27 | $2,996.78 | | $3,374.78 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status as of 9/30/17:
TFR submitted to UST on 7/14/17. TFR filed with Court on 8/8/17. Hearing set for 9/12/17. TFR hearing held - granted. Order allowing fees and expenses entered 9/12/17. Distribution made.

Status as of 6/30/17:
Estate tax returns prepared and submitted to taxing agencies. Request for Court Costs filed 5/23/17. $0 Court Costs due. Notice to professionals to file applications for compensation filed 5/23/17. Tax Clearance letters received 6/26/17.

PERIOD ENDING 3/31/17:
Estate tax returns are necessary. Notice of Intent to Abandon Estate Property filed 2/15/17 re personal property remaining at Debtor's business premises including inventory or supplies, office furniture, fixtures, and equipment or collectibles and misc. equipment. Application to employ and pay flat fee to tax preparer filed 2/21/17. Order granting application to employ and pay flat fee to tax preparer entered 3/16/17. Tax preparation pending.

Status as of 9/30/16:
Relief from stay granted as to the business location in Pinson's bankruptcy case. NDR filed in Pinson's bankruptcy case.

Status as of 6/30/16:
Liquor license escrow deposit funds received, along with refund on liquor license from Dept of Alcohol Beverage Control. Trustee corresponding with Trustee of Debtor's shareholders individual bankruptcy case (In re: Pinson) regarding the sale of business location.

PERIOD ENDING 3/31/16:
Meeting of creditors held and continued. Trustee corresponding with Trustee of Debtor's principals' personal bankruptcy case. Notice of Assets filed 2/3/16. POC Deadline 5/9/16. Trustee corresponding with Debtor's counsel re liquor license deposit funds. Trustee is investigating sale of restaurant equipment.

Status as of 12/31/15:
Ch. 7 Voluntary Petition filed 12/11/15. Meeting of creditors set for 1/14/16. Debtor was operating a restaurant. UCC search conducted.

Initial Projected Date of Final Report (TFR): 12/30/2018          Current Projected Date of Final Report (TFR): 12/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit 9 |
|---|---|---|
| Case No: 15-21912 | Trustee Name: TODD A. FREALY, TRUSTEE | |
| Case Name: Granada Foods Inc., A California Corporation | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX4860 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6882 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/28/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/24/16 | 3 | Wells Fargo | TURNOVER OF ACCOUNT FUNDS<br>Cashier's Check | 1129-000 | $82.51 | | $82.51 |
| 04/14/16 | 4 | Capital Trust Escrow<br>280 S. Beverly Dr., Ste. 300<br>Beverly Hills, CA 90212 | RETURN OF FUNDS RE LIQUOR LICENSE | 1129-000 | $1,166.27 | | $1,248.78 |
| 05/31/16 | 1001 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST., SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket Bond #016030866 Increase for Term 1/4/16 - 1/4/17 | 2300-000 | | $0.17 | $1,248.61 |
| 06/07/16 | 4 | Department of Alcoholic Beverage Control<br>John Chiang, Treasurer<br>State of California | REFUND re License LT 47 Number 559009 | 1129-000 | $2,126.00 | | $3,374.61 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,359.61 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,344.61 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,329.61 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,314.61 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,299.61 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,284.61 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,269.61 |
| 01/23/17 | 1002 | INTERNATIONAL SURETIES, LTD<br>701 POYDRAS ST., SUITE 420<br>NEW ORLEANS, LA 70139 | Bond # 016030866 Term 1/4/17 to 1/4/18 | 2300-000 | | $4.05 | $3,265.56 |

Page Subtotals:    $3,374.78    $109.22

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 15-21912 |
| Case Name: | Granada Foods Inc., A California Corporation |
| Taxpayer ID No: | XX-XXX6882 |
| For Period Ending: | 11/28/2017 |

| | |
|---|---|
| Trustee Name: | TODD A. FREALY, TRUSTEE |
| Bank Name: | Union Bank |
| Account Number/CD#: | XXXXXX4860 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,250.56 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,235.56 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,220.56 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,205.56 |
| 09/13/17 | 1003 | TODD FREALY<br>3403 TENTH STREET STE 709<br>RIVERSIDE, CA  92501 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $470.33 | $2,735.23 |
| 09/13/17 | 1004 | TODD FREALY<br>3403 TENTH STREET STE 709<br>RIVERSIDE, CA  92501 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $108.97 | $2,626.26 |
| 09/13/17 | 1005 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>Po Box 2952<br>Sacramento, CA 95812-2952 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 2820-000 | | $1,626.26 | $1,000.00 |
| 09/13/17 | 1006 | DONALD T. FIFE<br>HAHN FIFE & COMPANY, LLP<br>790 E. COLORADO BLVD., 9TH FLOOR<br>PASADENA, CA  91101 | Final distribution representing a payment of 100.00 % per court order. | 3991-000 | | $1,000.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $3,374.78 | $3,374.78 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $3,374.78 | $3,374.78 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,374.78 | $3,374.78 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $3,265.56 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4860 - Checking | $3,374.78 | $3,374.78 | $0.00 |
|  | $3,374.78 | $3,374.78 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $3,374.78 |
| Total Gross Receipts: | $3,374.78 |